UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES - GENERAL

      ↙ Send

Case No.   CV 04-6946 GPS(FMOx)   Date: December 15, 2005

Title:  RGB Systems, Inc. v. SP Controls, Inc.

================================================================

PRESENT: THE **HONORABLE GEORGE P. SCHIAVELLI**, JUDGE

| Krista Barrett | Not present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                                    Not present

PROCEEDINGS:   (In Chambers)

Having considered Plaintiff's Motion to Stay Proceedings Pending Completion of Patent Reexamination, the Court deems the matter appropriate for decision without oral argument, and **VACATES** the hearing date. L.R. 7-15. The Court hereby **GRANTS** the motion and **STAYS** these proceedings up to and including February 27, 2006, on which date the Court will hold a scheduling conference. The parties are reminded of their obligations under Rule 26.

**IT IS SO ORDERED.**

DOCKETED ON CM
DEC 16 2005
BY ___ 009

MINUTES FORM 11                                     Initials of Deputy Clerk
CIVIL - GEN