JS-6

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RGB SYSTEMS, INC., dba EXTRON ELECTRONICS, a California Corporation, | ) Case No.  CV 04-6946 MWF (JEMx) )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** )<br>) |
| SP CONTROLS, INC., a California Corporation; | )<br>) |
| Defendant. | )<br>) |
| and counterclaims | )<br>) |

1

This action was previously stayed pending completion of the ex-parte reexamination of United States Patent No. 6,137,794 by the United States Patent and Trademark Office, Proceeding Number 90/007,802.  The reexamination proceeding, including all appeals relating thereto, having now been concluded,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1.  Judgment is hereby rendered in favor of Plaintiff/Counterdefendant RGB Systems, Inc. for the reasons set forth by the United States Circuit Court of Appeals for the Federal Circuit in its final decision affirming the United States Patent and Trademark Office's determination of the invalidity of all claims of United States Patent No. 6,137,794 in said ex-parte reexamination proceedings, Federal Circuit Case Number 2011-1119;

2.  Defendant/Counter-claimant SP Controls, Inc. shall take nothing on its counterclaim for patent infringement and said counterclaim is hereby dismissed with prejudice; and

3.  Plaintiff/Counterdefendant RGB Systems, Inc. is entitled to recover costs and fees in an amount that has been agreed to by the parties, with said amount already having been fully satisfied by SP Controls, Inc.

Dated: June 17, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge